1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKHAIL PARSHIN,<br><br>AIGERIM KOURMANOVA<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>IRENE MARTIN, Acting District Director, United States Citizenship and Immigration Services; ALEJANDRO MAYORKAS, Director of the United States Citizenship and Immigration Services; JANET NAPOLITANO, Secretary U.S. Department of Homeland Security.<br><br>　　　　　　　　Defendants. | **No. CV11 – 9387 JAK (Ex)** |

[PROPOSED] ORDER

1

IT IS HEREBY ORDERED that the stipulation filed by the partis is approved and:

1. If the evidence submitted in response to the Notice of Intent to Deny is sufficient to render a decision, the Defendants will make a decision on the Plaintiffs' I-130 petition and I-485 application within 60 days of this Court's order.
2. If Defendants require additional evidence, or a further interview of the Plaintiffs to render a decision, such notice will be issued within 60 days of this Court's order.
3. The Court hereby dismisses the instant action without prejudice.
4. Each party shall bear its own costs and fees, including attorney fees.

Dated: March ____, 2012

_____
John A. Kronstadt
UNITED STATES DISTRICT JUDGE

2